UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS, | No. C 07-4525 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT; et al., | |
| Defendants. | |

Plaintiff sent to the court a letter requesting dismissal of this action in which no defendant has yet made an appearance. The court construes the document to be a request for a voluntary dismissal and GRANTS it. See Fed. R. Civ. P. 41(a). (Docket # 8.) The court also GRANTS the in forma pauperis application of the plaintiff who is no longer in custody. (Docket # 5.)

This action is DISMISSED without prejudice to plaintiff filing a new action. The clerk shall close the file.

IT IS SO ORDERED.

Dated: January 25, 2008

_____
SUSAN ILLSTON
United States District Judge