UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN WILLIAMS,            No. C 07-4525 SI (pr)

    Plaintiff,            **JUDGMENT**

  v.

ALAMEDA COUNTY SHERIFF'S DEPARTMENT; et al.,

    Defendants.
                                               /

This action is dismissed without prejudice to plaintiff filing a new action.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 25, 2008

                                            SUSAN ILLSTON
                                            United States District Judge