Dear Federal District Court,

Hello this is Williams, Kevin case number y'all have and I would like to inform you that i'm reading the progression on my lawsuit against the Sheriff Depart. in Alameda County and that I made a complaint to the Board of Supervisors about the situation the complaint # is KEVIN WILLIAMS V ALAMEDA COUNTY AND FILED UNDER CODE S22062 and with that thank you, and once again excuse the delay I just recived notice,

Yours Truly

Mr. Williams

1-9-08

FILED

JAN 3 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

P.S. Case # C-07-4525
         PR (SI)

Kerri Williams AF #05763L-2 N
Atascadero State Hospital
Bld 49 Wing 6 P.O. Box 7001
Atascadero, Ca.

93423

United States Federal
District Court
450 Golden Gate Avenue
San Francisco, Ca

94102

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1M
0004217468    JAN 28 2008
MAILED FROM ZIPCODE 93422

9410280023661 0004