Dear United States Court,

SF  Hello this is Williams, Kevin #057632-2 from Alameda County, case #C-07-4525 from CMF (Vac) and I am still interested in following my case, my legal status was upheld in County by Management can I be cleared or I'll do the best to keep as it's urgent.

                            Kevin Williams
                            #057632-2
                            State Hospital
                            Atascadero, Ca.
                            934

I would like to release with permission old documents filed on any new orders I'll be very appreciative and thank you again.

Under Perjury x Williams, Kevin #057632-2

* As of Current I'm in above address on enclosed letter.

                            Thank You

[Stamp: RECEIVED 08 APR 24 PM 1:25 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: FILED APR 24 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]