Kirk Williams AT #057632-2 N
Atascadero State Hospital
P.O. Box 7001 Bed 49 Wing b
Atascadero, Ca.
                93423

SANTA BARBARA
CA 931 2 L
17 APR 2008 PM

United States District
Court
450 Golden Gate Avenue
San Francisco, Ca.,
                94102.