2-10-08

Per C-07-4525 (SI) (PR)

Hello US District Court this is Williams, Kevi #057632-2, CDC #V84000, and County #ASF893 from Alameda County.

Today I write cause I want to up my lawsuit to First Class U.S. Settlement under Aims Management Services, County Board #522062 from, in Oakland, California, 1221 Oak Street Rm. 536, Administration US per Civil.

With this certification I state that this is true and correct  x Mr. Kevi Williams

Atascadero State Hospital
P.O. Box 7001
Atascadero, Ca.
93423

Pen #057632-2

x Kevi Williams V84000
assume: California Medical Fac.
P.O. Box 2000
Vacaville, Ca.
94527

re: Kevi Williams
PFN #ASF 893
Too

per: x Kevi Miles ASF 893
5325 Broder Blvd.
Dublin, Ca.
94568

FILED
APR 24 2008