Kiri Williams #057632-2N
Atascadero State Hospital
P.O. Box 7001
Atascadero, Ca.
93423

SANTA BARBARA
CA 931 Z L
17 APR 2008 PM

US District Court
450 Golden Gate Avenue
San Francisco, Ca.
94102

94102+3660