Dear Susan Ilston
and the Court of
Northern District,

FILED
MAY 12 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hello this is Kerri Williams # 057632-2, currently held from local Parole upon Conditions.

Today I recieved a dismissal note from the Judge, that my Civil Suit was dismissed due to my behalf.

I know it's been awhile since I last talked to the Court, but I did in letter form ask that my Civil Suit be re-opened, refiled in Court and acknowledged cause I don't see a problem or I would like to know if I can refile through paper form my case against Alameda County?

If can can you contact me back cause my Civil Rights were violated and I'm very step by step about my approach, without hustle to re-file this agenda. With that I'll be awaiting :, thanks.

P.S. Docket for Case is #3:07-cv-04525-SI