SANTA BARBARA
CA 931 2 T
09 MAY 2008 PM

Kevin Williams #057632-2
Atascadero State Hospital U2
P.O. Box 7001
Atascadero, Ca. 93423

Office of the Clerk
U.S. District Court
450 Golden Gate Avenue
San Francisco, Ca. 94102