Dear Judge Illston,

Hello, this is Williams, Kevin #057632-2, in Atascadero, California currently, and I would like to pr-aise the action of #: 3:07-cv-04525-SI and that it was handled correctly, from the stand, and I'll do all I can to push my Civil Rights suit correctly and efficient, soon with no delay, and with that here comes some new Writs and Form of Pauparis?



RECEIVED
MAY 27 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Kevin Williams
#057632-2

Kevin Williams
V84000 (from CDC)

Kevin Williams
ASF 893 (County #)

5/17/08