Kerri Williams #057632-2  Unit 2 #50
Atascadero State Hospital
P.O. Box 7001
Atascadero, Ca. 93423

Hon. Susan Illston
U.S. District Court
450 Golden Gate Ave.
San Francisco, Ca.
94102

MAY 2 7 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California