RECEIVED
MAY 27 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Dear U.S. District Court
per: Judge Illston,

    I'm writing today, to establish a meeting ground on my last motion (don't want to breach), my last Prisoner 1983 USC, Writ, and for that most my last Civil Suit...

    It's very difficult to move away from my last filing, but I'm gonna ask the Court if I can, file a motion for me, my new Suit? My new Writ? This organized letter? Or me sitting awaiting another contact from you on my standing, per #: 3:07-cv-04525-SI.

    I just wrote the Court, you in good nature, to behead me this motion to continue court process and my rights under the Constitutional Rights of free speech of Prisoner to Jailer? Now, Civil Rights in General, and with that excuse my Questions.

FILED
MAY 27 2008

Waiting Soon
Mr. Williams
5/18/08

P.S. During this filing I've been transferred to State Hospital on 12/5/08, landed 1/14/08 actually, Thanks.