USA FIRST-CLASS FOREVER

Kern Williams #057632-2  Unit 2  #10
Atascadero State Hospital
P.O. Box 7001
Atascadero, Ca.
93423

RECEIVED

MAY 2 7 2008

Richard W. Wieking
Clerk, U.S. Dist.
Northern District of California

U.S. District Court
per: Judge Illston
450 Golden Gate Avenue
San Francisco, Ca.
94102