1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name _Williams, Kevin        L.___
       (Last)      (First)    (Initial)

3  Prisoner Number _#057632-2_

4  Institutional Address _P.O. Box 7001_

5  _Atascadero, Ca. 93423_

6  ========================================

   UNITED STATES DISTRICT COURT
7  NORTHERN DISTRICT OF CALIFORNIA

8  _Kevin Lee Williams_                )   #:03-cv-07-04525 ST
   (Enter the full name of plaintiff in this action.)  )
9                                      )
              vs.                       )   Case No. _____
10                                     )   (To be provided by the clerk of court)
   _County Sherrif of_                 )
11 _Alameda County_                    )   PETITION FOR A WRIT
                                       )   OF HABEAS CORPUS
12                                     )
                                       )   also #149916
13                                     )   in Ala.
                                       )
14 (Enter the full name of respondent(s) or jailor in this action)  )
                                       )
15 ========================================

16          Read Comments Carefully Before Filling In

17 When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19 counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 District Court for the district in which the state court that convicted and sentenced you is located. If

26 you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 your petition will likely be transferred to the district court for the district that includes the institution

28 where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents. *Attorney General is Jerry Brown*
6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE
11      1. What sentence are you challenging in this petition?
12        (a)  Name and location of court that imposed sentence (for example; Alameda
13        County Superior Court, Oakland):
14        *Alameda County*    *Oakland*
15        Court                Location
16        (b)  Case number, if known *#03-CV-07-04525*
17        (c)  Date and terms of sentence *4 years with halftime*
18        (d)  Are you now in custody serving this term? (Custody means being in jail, on
19        parole or probation, etc.)      Yes ✓    No ___
20        Where? *In Atascadero State Hospital*
21        Name of Institution: *ASH*
22        Address: *P.O. Box 7001 Atascadero, Ca. 93423*
23      2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26      *N/A*
27
28

PET. FOR WRIT OF HAB. CORPUS    - 2 -

| | | | | |
|---|---|---|---|---|
| 1 | 3. Did you have any of the following? | | | |
| 2 | | Arraignment: | Yes ✓ | No ___ |
| 3 | | Preliminary Hearing: | Yes ___ | No ✓ |
| 4 | | Motion to Suppress: | Yes ___ | No ✓ |
| 5 | 4. How did you plead? | | | |
| 6 | | Guilty ___  Not Guilty ✓  Nolo Contendere ✓ | | |
| 7 | | Any other plea (specify) _____ | | |
| 8 | 5. If you went to trial, what kind of trial did you have? | | | |
| 9 | | Jury N/A   Judge alone N/A   Judge alone on a transcript N/A | | |
| 10 | 6. Did you testify at your trial? | | Yes ___ | No ✓ |
| 11 | 7. Did you have an attorney at the following proceedings: | | | |
| 12 | (a) | Arraignment | Yes ___ | No ✓ |
| 13 | (b) | Preliminary hearing | Yes ✓ | No ___ |
| 14 | (c) | Time of plea | Yes ✓ | No ___ |
| 15 | (d) | Trial | Yes ___ | No ✓ |
| 16 | (e) | Sentencing | Yes ✓ | No ___ |
| 17 | (f) | Appeal | Yes ___ | No ✓ |
| 18 | (g) | Other post-conviction proceeding | Yes ___ | No ✓ |
| 19 | 8. Did you appeal your conviction? | | Yes ___ | No ✓ |
| 20 | (a) | If you did, to what court(s) did you appeal? | | |
| 21 | | Court of Appeal | Yes N/A | No N/A |
| 22 | | Year: N/A   Result: N/A | | |
| 23 | | Supreme Court of California | Yes — | No —  I MIGHT |
| 24 | | Year: 2008   Result: Need time to situate | | |
| 25 | | Any other court | Yes — | No —  same after above |
| 26 | | Year: Nope   Result: Not Yet | | |
| 27 | | | | |
| 28 | (b) | If you appealed, were the grounds the same as those that you are raising in this | | |

PET. FOR WRIT OF HAB. CORPUS          - 3 -

|   |   |   |
|---|---|---|
| 1 | petition? | Yes ✓   No ✓ |
| 2 | (c) Was there an opinion? | Yes ✓   No ___ |
| 3 | (d) Did you seek permission to file a late appeal under Rule 31(a)? | |
| 4 | | Yes ___   No ✓ |

5    If you did, give the name of the court and the result:

6    <u>Superior Court of Alameda County,</u>

7    <u>Result would work out then.</u>

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?       Yes ✓   No ___

10   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16   (a) If you sought relief in any proceeding other than an appeal, answer the following

17   questions for each proceeding. Attach extra paper if you need more space.

18   I. Name of Court: <u>U.S. District Court/Northern District</u>

19   Type of Proceeding: <u>New action filing / motion to</u>

20   Grounds raised (Be brief but specific):   <u>reinstate suit</u>

21   a. <u>I feel the matter should be ongoing</u>

22   b. <u>I feel the resolution should be higher</u>

23   c. <u>I feel very disrespected</u>

24   d. <u>I feel my Civil Rights were violated</u>

25   Result: <u>from #10,000 to #50,000</u>   Date of Result: <u>Result to pay</u>

26   II. Name of Court: <u>U.S. District Court/Northern District</u>

27   Type of Proceeding: <u>New Hearing</u>

28   Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS         - 4 -

Dear United States District Court, Northern District;

I'm currently only filing an Civil Suit but I could've been released by now on the grounds of Civil Rights infractions of illegal detainment and disrespect of Human Rights. My case holds a Penal Code Section 667.5 (a), and Section Code 667.5 (c), the clause sent me to State at the end of my sentence, when in fault my Civil Rights were violated and I became partially deaf and badly meded on small amounts of medication for a cutdown of feel of prisoners, that being County of Alameda Mental Health.

I'm writing this under Pg. 4 of the Writ of Habeas Corpus, line 10 as my explaination, correlation of undocumented questioning and with that here you go.

Mrs. Williams

| | | |
|---|---|---|
|1| |a. _lack of understanding by Sherrif or thereof_|
|2| |b. _emotional strain_|
|3| |c. _participation, longwithstanding energy on_|
|4| |d. _stress_|
|5| |Result: _awaiting_   Date of Result: _5/24/08_|
|6|III.|Name of Court: _U.S. District Court/Northern District_|
|7| |Type of Proceeding: _Motion to file #:03-cv-07-04525_|
|8| |Grounds raised (Be brief but specific):|
|9| |a. _would like to mercy the Court_|
|10| |b. _acknowledgement of, vs. Court action_|
|11| |c. _the not sorta Gag, by Sherrif_|
|12| |d. _and the patience_|
|13| |Result: _Thank You_   Date of Result: _5/24/08_|
|14|IV.|Name of Court: _U.S. District Court/North District_|
|15| |Type of Proceeding: _Change of Venue/Sacramento_|
|16| |Grounds raised (Be brief but specific):|
|17| |a. _Would like to Change of Venue/case, civil suit_|
|18| |b. _would like to fight my 667.5(c)_|
|19| |c. _would like to fight my case again, and re-start suit_|
|20| |d. _would like to ask for $50,000.00_|
|21| |Result: _not sure_   Date of Result: _5/25/08_|
|22|(b)|Is any petition, appeal or other post-conviction proceeding now pending in any court?|
|23| |Yes ____   No _✓_|
|24| |Name and location of court: _Sacramento County Court/Sacramento_|

25  B. GROUNDS FOR RELIEF

26    State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

Dear United States District Court,

    Hello this is Williams, Kevin #057632-2, here in Atascadero State Hospital, and I would like to explain myself a little about my current placement. It's up to the Courts if or me also to see that this situation ~~cases~~ comes across fair and willingly and in the best of hands. I don't have arguement, but I did deteriorate since being in Alameda County Jail and I feel I should warn that a higher hearment maybe what I need since this is base material? I'm asking the Court leveispe to be moved for both Civil and Criminal, might, through Appeals since my Case is delicate, that being my Civil Suit. I'll dig somemore and see, but I'll also contact the District Attorney's Office to see if they can drop the clause of possessin of a weapon, and with that thank you.

                          Mr. Williams

P.S. I would like to move on on my Civil Suit.

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: *Psychiatric Disorder*
6  
7  Supporting Facts: *While in Alameda County Jail*
8  *living standards were poor, no pshyciatric*
9  *wing for Acute / Middle Treatment.*
10  
11  Claim Two: *Tormenting of Prisoners*
12  
13  Supporting Facts: *While layed in a hallway*
14  *Deputies used to open or talk*
15  *through the doors and say words*
16  *like "Jaycat" or question us like we were stupid.*
17  Claim Three: *Stripped out of Clothes*
18  
19  Supporting Facts: *While not answering the emergency*
20  *button, reasons to be seen period through*
21  *all channels would mean saying that I'm*
22  *suicidal and things of that nature.*
23  If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25  *I originally asked for my Blood thinner*
26  *and my Psyhc. Meds upon landing in*
27  *County Jail.*
28  

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases:
4   _Schaffer vs. Alameda County_
5   _____
6   _____

7   Do you have an attorney for this petition?              Yes____   No ✓
8   If you do, give the name and address of your attorney:
9   _Self defense / Kevin L. Williams #057632-2_

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13  Executed on _May 24, 2008_              _Kevin Williams_
14          Date                            Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -