Re:
Atascadero State Hospital — 2 Bed 10
P.O. Box 7004, Atascadero CA 93423
Atascadero, Ca.

JUN 3 2008

Office of the Clerk
U.S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, Ca. 94102